UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINCOLN, | No.  2:16-cv-1164 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

The parties have filed a Stipulation and proposed order regarding privileged or protected material inadvertently produced, authentication of documents, and electronically stored information.  ECF No. 13.  The matter was referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(1).  For the reasons set forth below, the Stipulation will not be approved in its current form.

## I.  INADVERTENT PRODUCTION

The Stipulation governs the disposition of materials claimed to be privileged or protected that were inadvertently produced in discovery, and over which the producing party subsequently asserts a privilege or protection.  The Stipulation correctly cites Fed. R. Civ. P. ("Rule") 26(b)(5)(B) and Fed. R. Evid. 502 as governing inadvertent disclosures of such materials.

However, while the Stipulation uses the general language of Rule 26(b)(5)(B), calling for the receiving party to "promptly present the information to the Court under seal for a

1

determination of the privilege or protection claim …," ECF No. 13 at 4 ¶ I(E), it fails to clarify that such a presentation must be in the form of a motion, governed by Local Rule 251. The court will not approve a stipulation that seemingly authorizes a party to simply file documents under seal, at any time, without adversary briefing, and request a court determination. Any such determination will be made only upon a noticed motion filed under Local Rule 251. In any such motion, the court authorizes the parties to file the disputed documents under seal, and to file redacted briefing.

In addition, the Stipulation states that "The Court" has made various findings. See ECF No. 13 ¶¶ I(A)-(C). The court has not made the referred-to findings. Such language should not appear in a renewed stipulation.

## II. DISCOVERY MOTIONS

In the section entitled "Miscellaneous provisions," the Stipulation indicates that discovery disputes regarding "electronic discovery or evidence" will be governed by the court's "Standing Order Document 3-1 section 4.A." ECF No. 13 at 12 ¶ IV(A). In fact, the cited section of Judge Mueller's Standing Order refers to motions governed by Local Rule 230. However, all discovery motions are governed by Section 1(A) of the Standing Order, and Local Rule 251. Any renewed stipulation must correct or remove the incorrect language.

## III. CONCLUSION

For the reasons stated above, IT IS HEREBY ORDERED that the Stipulation and proposed order (ECF No. 13), is NOT APPROVED.

DATED: November 16, 2016.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2