# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINCOLN, | ) Case No.: 2:16-CV-01164-KJM-AC |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF THE AIR FORCE; UNITED STATES GENERAL SERVICES ADMINISTRATION; and DOES 1 through 100, inclusive, | ) |
| Defendants. | ) |

Upon consideration of Plaintiff City of Lincoln's ("City") and Defendants' United States of America, General Services Administration, and Department of Air Force (hereinafter referred to collectively as the "United States") Stipulation for Reinstatement of First and Second Causes of Action for Continuing Nuisance and Continuing Trespass, and finding good cause therefor, the Court rules as follows:

1. The Court reinstates the First and Second Causes of Action in the Complaint, ECF No. 1 at pp. 6-10.

**IT IS SO ORDERED.**

Dated: December 6, 2017

_____
UNITED STATES DISTRICT JUDGE

1

**Stipulation and Order**
**Case No. 2:16-cv-01164-KJM-AC**