UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINCOLN,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF THE AIR FORCE; UNITED STATES GENERAL SERVICES ADMINISTRATION; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 2:16-cv-01164-KJM-AC<br><br>THIRD AMENDMENT TO THE PRETRIAL SCHEDULING ORDER |

The parties jointly requested (ECF No. 39) to amend dates in the pretrial scheduling order (ECF No. 18). The City also agreed not to oppose any motion by the United States to file an Amended Answer to include a counterclaim under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9613(f), and based upon this agreement, the parties filed a stipulation to allow for the United States to file an Amended Answer to include such a counterclaim under CERCLA. (ECF No. 39).

The parties have now filed a stipulation requesting clarification of the Second Amendment to the Scheduling Order (ECF No. 42), to determine whether defendants are authorized to file an Amended Answer to include a counterclaim under CERCLA, 42 U.S.C. § 9613(f). The parties also

1

filed the stipulation to alert the court to two apparent typos in the Second Amendment to the Scheduling Order, and to request clarification from the court as to these two typos.

Good cause appearing, the court GRANTS the United States' request to file an Amended Answer to include a counterclaim under CERCLA, 42 U.S.C. § 9613(f). Section II of the scheduling order is hereby amended as follows:

Section II. ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

The United States may file an Amended Answer to include a counterclaim under CERCLA Section 113, 42 U.S.C. § 9613.

Further, good cause appearing, the court GRANTS the parties' request to amend dates in the pretrial scheduling order, as follows, but vacates the final three dates to be reset as needed after ruling on any dispositive motions or passage of the dispositive motion cutoff without the filing of such motions:

| **Description** | **Existing Date** | **New Date** |
|---|---|---|
| Discovery Cutoff | October 6, 2017 | February 9, 2018 |
| Plaintiff's Expert Disclosures | November 14, 2017 | March 14, 2018 |
| Defendants' Expert Disclosures | January 12, 2018 | May 14, 2018 |
| Supplemental Expert Disclosures | February 9, 2018 | June 11, 2018 |
| Completion of Expert Discovery | March 14, 2018 | July 13, 2018 |
| Hearing on Dispositive Motions | April 30, 2018 | August 24, 2018 |
| Final Pretrial Conference | August 24, 2018 | Vacated to be reset as necessary |
| Trial Briefs Due | October 8, 2018 | Vacated to be reset as necessary |
| Trial | October 22, 2018 | Vacated to be reset as necessary |

**Case No. 2:16-cv-01164-KJM-AC**

| | |
|---|---|
| 1 | This amendment does not alter any other portions of the initial scheduling order (ECF No. 18). |
| 2 | IT IS SO ORDERED. |
| 3 | DATED: October 20, 2017. |

                                                  UNITED STATES DISTRICT JUDGE

3

**Case No. 2:16-cv-01164-KJM-AC**