KRISTINE L. MOLLENKOPF (SBN # 185914)
kristine.mollenkopf@lincolnca.gov
City Attorney
City of Lincoln, City Attorney's Office
600 Sixth Street
Lincoln, CA 95648
Tel: (916) 434-2428


WILLIAM D. BROWN (SBN # 125468)
bbrown@brownandwinters.com
JEFFREY T. ORRELL (SBN # 237581)
jorrell@brownandwinters.com
Brown & Winters
120 Birmingham Drive
Cardiff-by-the-Sea, CA 92007-1737
Tel: 760-633-4485/Fax: 760-633-4427

Attorneys for Plaintiff CITY OF LINCOLN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| _____<br><br>CITY OF LINCOLN,<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>et al.,<br><br>       Defendants.<br>_____ | Case No.: 2:16-cv-01164-KJM-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING STAY, MODIFICATION OF AMENDED SCHEDULING ORDER AND WITHDRAWL OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |

WHEREAS, Defendant United States of America ("United States") served Plaintiff City of Lincoln ("City") with its Third Amended Notice of Deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) on January 29, 2018;

WHEREAS, the Plaintiff, City of Lincoln ("City"), filed an ex parte application on February 1, 2018 to stay the United States of America's ("United States") deposition pursuant to Fed. R. Civ. P. 30(b)(6) to the City;

WHEREAS, the City filed a notice of motion and Motion for Protective Order on February 2, 2018;

WHEREAS, the United States filed a response to the City's ex parte application on February 2, 2018;

WHEREAS, the Court has not ruled on the City's ex parte application;

WHEREAS, the Rule 30(b)(6) deposition is scheduled to go forward tomorrow on February 6, 2018;

WHEREAS, the parties met and conferred on the telephone on February 5, 2018 and agreed to reschedule the deposition until February 28, 2018, or other date that the parties mutually agree to;

WHEREAS, Congressional funding for federal government operations is scheduled to expire on February 8, 2018;

WHEREAS, the United States has currently scheduled the deposition of James McLeod on February 9, 2018;

WHEREAS, because of the uncertainty of federal funding, the parties agreed to reschedule the deposition of Mr. McLeod to a date close to the Rule 30(b)(6) deposition,

so as to minimize the cost and burden to the parties and witnesses;

WHEREAS, the parties believe that there is good cause to extend the deadline and allow for proper preparation of the witnesses and the two depositions to go forward. The stay in the discovery deadline for these two depositions will not interfere with the other dates in the Scheduling Order;

THEREFORE, the parties hereby stipulate and request the court to enter an order allowing the following:

1. Extend fact discovery deadline to allow the deposition of Mr. McLeod and the City's 30(b)(6) witness to go forward beyond the February 9, 2018 deadline for fact discovery,

2. Allow the Rule 30(b)(6) deposition to be held on February 28, 2018, or other date that the parties agree to in order to accommodate Mr. McLeod's deposition within a day or two of the 30(b)(6) deposition.

3. Allow Mr. McLeod's deposition to be scheduled at a time near the 30(b)(6) deposition on a date convenient to the non-party witness and mutually agreed to by the parties.

DATED: February 5, 2018　　　　Respectfully submitted,

BROWN & WINTERS

/s/ *Jeffrey T. Orrell*
WILLIAM D. BROWN
JEFFREY T. ORRELL
Attorneys for Plaintiff
CITY OF LINCOLN

DATED: February 5, 2018

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ *Mark A. Rigau*
MARK A. RIGAU (SBN 223610)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone No.: (415) 744-6487
Facsimile No.: (415) 744-7476

THOMAS J. ALFORD (MN Bar 0388221)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, D.C. 20004
Telephone No.: (202) 514-0165
Facsimile No.: (202) 514-8865

*Attorneys for Defendants*

_____

CITY OF LINCOLN,

          Plaintiff,

    v.

UNITED STATES OF AMERICA,
et al.,

         Defendants.

_____

Case No.: 2:16-cv-01164-KJM-AC

[~~PROPOSED~~] SECOND AMENDED
PRETRIAL SCHEDULING ORDER

      Upon consideration of the Plaintiff City of Lincoln's ("City") and Defendants'

United States of America, General Services Administration, and Department of the Air

Force ("United States") and Stipulation and [Proposed] Order Regarding Stay,

Modification of Amended Scheduling Order, and Withdrawal of Plaintiff's Motion for

Protective Order, and finding good cause therefor, the Court hereby amends the First

Amended Pretrial Scheduling Order as follows:  The following sections of the First

Amended Pretrial Scheduling Order are amended to include the following provisions and

dates.

      Section IV.  <u>DISCOVERY</u>

      All discovery shall be completed by **February 9, 2018**.  The United States noticed

depositions of Mr. McLeod and to the City pursuant to Rule 30(b)(6) shall be permitted

to go forward at dates and times mutually agreeable to the parties, but in no event shall they be delayed beyond March 14, 2018.

In addition, pursuant to the Stipulation, the City's motion for protective order is hereby withdrawn.

**IT IS SO ORDERED.**

Dated: February 5, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE