MARK A. RIGAU (SBN 223610)
Senior Trial Counsel
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone No.: (415) 744-6487
Facsimile No.: (415) 744-6476

Attorneys for the United States of America, General Services Administration, and Department of the Air Force

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINCOLN, ) | Case No.: 2:16-cv-01164-KJM-AC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| et. al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**EX PARTE APPLICATION FOR A STAY OF THE MARCH 8, 2019 DEADLINE FOR HEARING DISPOSITIVE MOTIONS IN LIGHT OF LAPSE OF APPROPRIATIONS AND PROPOSED ORDER**

The United States of America hereby moves for a stay of the March 8, 2019 hearing date and related briefing for dispositive motions and in the above-captioned case. The date was established in the Court's Order of September 14, 2018 (ECF 66).

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The

1

same is true for several other Executive agencies.  The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3. Under the Local Rules, a dispositive motion must be filed at least 28 days before the hearing date.  L.R. 230(b).  As a result, any dispositive motions to be heard on the March 8, 2019 date must be filed on or before February 8, 2019.  In order to meet that deadline, given the substantive nature of the proposed motion, the undersigned counsel would have to be diligently working on the motion at this time.  The extended elapse in appropriations, twenty-seven days as of the date of this filing, has prevented counsel from completing any of the requisite document drafting and exhibit preparation.  Counsel cannot predict when appropriations to the Department will be restored.

4. Undersigned counsel for the Department of Justice therefore requests a stay of the March 8, 2019 deadline for hearing dispositive motions until Congress has restored appropriations to the Department.

5. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations, or as provided by the Court.  The undersigned counsel requests that the Court allow the parties to confer and submit a joint status report with proposed briefing schedule(s).

6. Opposing counsel has authorized counsel for the Government to state that the City of Lincoln has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the March 8, 2019 deadline for hearing dispositive motions and related briefing in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: January 18, 2019.

                JEFFREY CLARK
                Assistant Attorney General
                Environment & Natural Res. Division

                */s/ Mark A. Rigau*_____
                MARK A. RIGAU (SBN 223610)
                Senior Trial Counsel
                Environment & Natural Res. Division
                Environmental Defense Section
                U.S. Department of Justice
                301 Howard Street, Suite 1050
                San Francisco, California 94105
                Telephone No.: (415) 744-6487

                Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2019, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system:

        William D. Brown
        Jeffrey T. Orrell
        Brown & Winters
        120 Birmingham Drive
        Cardiff-by-the-Sea, CA 92007-4427
        Telephone: 760-633-4485
        Attorneys for Plaintiff

                */s/ Mark A. Rigau*_____
                MARK A. RIGAU (SBN 223610)

**ORDER**

Having come before this Court on the Government's Ex Parte Application to Stay the March 8, 2019 hearing date and briefing for dispositive motions due to lapse in federal appropriations and good cause having been shown, the Court hereby grants the Ex Parte Application in part. The March 8, 2019 hearing date for dispositive motions is vacated and reset for April 19, 2019 at 10:00 a.m. in Courtroom No. 3.

IT IS SO ORDERED.

DATED: January 24, 2019.

_____
UNITED STATES DISTRICT JUDGE