UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINCOLN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No.: 2:16-cv-01164-KJM-AC<br><br>ORDER GRANTING UNOPPOSED EX PARTE APPLICATION |

Upon consideration of Defendant United States of America, General Services Administration, and Department of the Air Force's (collectively "United States") unopposed ex parte application, and finding good cause, the Court hereby moves the April 19, 2019 hearing date for the United States' motion for summary judgment to June 28, 2019 at 10:00 a.m. in Courtroom No. 3. The United States shall file its motion for summary judgment no later than the deadline set forth in the Local Rules based on the revised June 28, 2019 hearing date.

**IT IS SO ORDERED.**

Dated: March 13, 2019.

_____
UNITED STATES DISTRICT JUDGE