UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINCOLN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>    Defendants. | No.  2:16-cv-01164-KJM-AC<br><br><br>ORDER |

      Upon review of the parties' stipulation and joint request to modify the scheduling order for good cause ("Stipulation"), ECF No. 97, and pursuant to Fed. R. Civ. Proc. 16(b), the court finds there is good cause to modify the September 11, 2020 minute order, ECF No. 96, because (1) the parties have previously met and conferred regarding private mediation, but have not engaged in settlement discussions, (2) the parties have not yet completed necessary discovery due to the unsettled nature of the pleadings, and (3) impact of restrictions in place as a result of COVID-19.  The court hereby grants the following amendment to minute order ECF No. 96.

/////

/////

Pursuant to the parties' stipulation, the parties are directed to promptly finalize arrangements to participate in mediation with an agreed private mediator.

The parties shall file a joint status report regarding the status of mediation within 60 days of this Order.

A Final Pretrial Conference is SET for March 26, 2021 at 10:00 AM before Chief District Judge Kimberly J. Mueller, with a joint pretrial statement due March 12, 2021. *See* Local Rule 281 and Rule 16 of the Federal Rules of Civil Procedure. At least one of the attorneys who will conduct the trial for each of the parties shall attend the Final Pretrial Conference. The parties should be prepared to confirm a trial date within 60 to 120 days from the date of the Final Pretrial Conference and should be available for trial accordingly.

This order resolves ECF No. 97.

IT IS SO ORDERED.

DATED: October 6, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE