UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINCOLN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Defendants. | Case No.: 2:16-cv-01164-KJM-AC<br><br>**ORDER GRANTING JOINT REQUEST TO EXTEND PRETRIAL DEADLINES** |

　　　Upon consideration of Plaintiff City of Lincoln's and Defendant United States of America's joint request to extend pretrial deadlines, and finding good cause, the Court hereby vacates the current pretrial deadlines and grants a stay for sixty (60) days to allow the Parties time to continue settlement efforts needed to finalize the terms of a settlement for submission to the Court.

　　　The Court hereby resets the deadline for the Joint Pretrial Conference Report for May 14, 2021 and re-sets the Pretrial Conference for May 28, 2021 at 10:00 a.m.

　　　**IT IS SO ORDERED.**

Dated:  February 18, 2021

　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER
2:16-cv-01164-KJM-AC